BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2729
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DOUANDJU, | Case No.: 1:14-cv-1493 EPG |
| Plaintiff, | |
| v. | **STATUS REPORT; ORDER** |
| JONATHAN CRAWFORD, *et al.*, | |
| Defendants. | |

    This is an immigration case currently held in abeyance pursuant to the Court's order of April 23, 2015.  ECF No. 21.  The government now advises that the next scheduled date in Plaintiff William Douandju's removal proceedings is a master calendar hearing scheduled for May 11, 2016.  Because this Court remains without jurisdiction to consider any challenge related to Plaintiff's naturalization application until after the conclusion of the removal proceedings, the government submits that it remains appropriate to continue to hold this matter in abeyance through the date of the next immigration court hearing.

Dated: December 8, 2015              Respectfully submitted,

                                                         BENJAMIN B. WAGNER
                                                       United States Attorney

                                                       /s/ Audrey B. Hemesath
                                                       AUDREY B. HEMESATH
                                                       Assistant U.S. Attorney

## ORDER

Based on the above status report, the case remains held in abeyance pending the outcome of removal proceedings. Defendants shall file a status report apprising the Court of the progress of Plaintiff's removal proceedings no later June 10, 2016.

IT IS SO ORDERED.

Dated:   **December 9, 2015**              /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE