1  PHILLIP A. TALBERT
Acting United States Attorney
2  AUDREY B. HEMESATH
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2729
Email: Audrey.Hemesath@usdoj.gov
5

6  Attorneys for Defendants

7                    UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF CALIFORNIA

9  WILLIAM DOUANDJU,                      )
                                          )  Case No.: 1:14-cv-1493 EPG
10                     Plaintiff,          )
                                          )
11                                         )  **STATUS REPORT; ORDER**
              v.                           )
12                                         )
13  JONATHAN CRAWFORD, *et al.*,           )  (ECF No. 28)
                                          )
14                     Defendants.         )
                                          )
15                                         )
                                          )
16  ────────────────────────────────

17        This is an immigration case currently held in abeyance pursuant to the Court's order of

18  December 9, 2015.  ECF No. 27.  The government now advises the Immigration Judge

19  terminated removal proceedings against Plaintiff William Douandju on April 28, 2016.  United

20  States Citizenship and Immigration Services (USCIS) has requested return of the alien file from

21  Immigration and Customs Enforcement, and upon review of the file, anticipates requesting this

22

23  Court for an order of remand pursuant to 8 U.S.C. § 1447(b), so that the agency can proceed with

24  the adjudication of Plaintiff's naturalization application.  USCIS requests a brief extension, until

25  July 11, 2016, to review the file and assess the amount of time needed to complete adjudication

26  of the naturalization application.  On that date, USCIS will either file a motion for a remand

27

28

1   pursuant to 8 U.S.C. § 1447(b) with a timeframe certain for adjudication, or a further status

2   report.

3   Dated: June 8, 2016                          Respectfully submitted,

4                                                PHILLIP A. TALBERT
                                                 Acting United States Attorney
5

6                                                /s/ Audrey B. Hemesath
                                                 AUDREY B. HEMESATH
7                                                Assistant U.S. Attorney

8

9                                    **ORDER**

10          Defendants are directed to file either a motion for remand pursuant to 8 U.S.C. § 1447(b)

11  or a status report no later than **July 11, 2016**.  In either such filing, Defendants shall indicate the

12  anticipated timeframe for adjudication of the naturalization application.

13
    IT IS SO ORDERED.
14

15     Dated:   **June 9, 2016**                 /s/ Erica P. Grosjean
16                                               UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28