...

PHILLIP A. TALBERT
Acting United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2729
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM DOUANDJU, | Case No.: 1:14-cv-1493 EPG |
| Plaintiff, | |
| v. | **STATUS REPORT AND ORDER** |
| JONATHAN CRAWFORD, *et al.*, | **Date:** November 14, 2016 |
| Defendants. | **Time:** 8:30 a.m.[1] |

Defendants United States Citizenship and Immigration Services (USCIS) submit this status report to advise the Court that Plaintiff Douandju's application for naturalization has been adjudicated. Attachment A (decision). No further matters remain pending at the administrative level, and the case is appropriately closed at this time.

Dated: November 7, 2016          Respectfully submitted,

                                 PHILLIP A. TALBERT
                                 Acting United States Attorney

                                 /s/ Audrey B. Hemesath
                                 AUDREY B. HEMESATH
                                 Assistant U.S. Attorney

---

[1] Counsel for the government requests to appear telephonically.

ORDER

Plaintiff's application for naturalization has been adjudicated by United States Citizenship and Immigration Services. Accordingly, the terms of the Court's remand order have been met, and there are no further matters pending at this time. The Court orders the case closed.

IT IS SO ORDERED.

Dated:   **November 7, 2016**                    /s/ Erica P. Grosjean
                                                 UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that he/she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on August 30, 2016, a copy of the STATUS REPORT, was served by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee:

WILLIAM STEVEN DJEUTSOP DOUANDJU
388 Hearst Drive
Merced, CA 95348

/s/ S. Camacho
S. Camacho